IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No:  23-cv-00943-SKC-MDB    Date:  April 6, 2026
Courtroom Deputy: E. Lopez Vaughan    FTR:  Courtroom 101

| *Parties:* | *Counsel:* |
|---|---|
| Marjorie Bell | Nathan Hofman |
| | Chris Stewart |
| Plaintiff, | |
| | |
| v. | |
| | |
| Citadel Mall Realty, et al | Christopher Brousseau |
| | |
| Defendants. | |

## COURTROOM MINUTES

**MOTION HEARING**

**1:26 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

The Court hears oral arguments on Plaintiff's *Motion for Leave to Amend Complaint to Name Additional Defendants* at ECF No. 148 (see also ECF No.'s 152 and 153). For reasons put forth on the record, it is

**ORDERED**:    The Motion at ECF No. 148 is **GRANTED**. Plaintiff shall submit a clean version of the amended complaint on or before **April 7, 2026**. The Clerk shall docket the same as the operative complaint.

Discussion held about the plan for discovery for the newly added defendants for which the Court sets the following limitations:

Plaintiff may serve a total of eight (8) requests for production and five (5) requests for production across the two new defendants. Plaintiff may also serve five (5) interrogatories on each new defendant. New defendants, together, may serve five (5) total RFAs and five (5) total RFPs on Plaintiff, and may each serve five (5) interrogatories.

**ORDERED**:   On or before **April 30, 2026**, the parties shall file a *Joint Status Report* detailing a plan for finalizing written discovery and scheduling depositions.

Defendants raise concerns with Plaintiff's delay in supplementation of discovery responses.

**ORDERED**:   Plaintiff shall supplement all discovery requests on or before April 17, 2026. If Defendants are not satisfied with the supplementation, the issue may be included in the JSR.

The Court addresses the pending *Motion for Sanctions* by Plaintiff at ECF No. 146 (see also ECF No. 154).

**ORDERED**:   An **IN-PERSON** *Motion Hearing* is set for **May 7, 2026 at 10:00 am** in Courtroom 101 of the U.S. District Court for the District Court of Colorado at Colorado Springs located at 212 North Wahsatch Avenue, Colorado Springs, Colorado. Should Mr. Namdar be unavailable, defense counsel must raise a legitimate objection to the hearing date no later than **Friday, April 17, 2026.** Any claim of unavailability must be supported.

**1:50 p.m.**       **Court in recess.**

Hearing concluded.
Total in-court time    00:24

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.